UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20-cv-00313-RJC-DCK

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) **Order** |
| E.C. CONSOLIDATED, LLC, | )<br>)<br>) |
| Defendant. | )<br>)<br>) |

**THIS MATTER** comes before the Court on Plaintiff Liberty Mutual Insurance Company's Motion for Default Judgment. (DE 48). Plaintiff filed its First Amended Complaint on November 2, 2020. (DE 21). After moving for default, the Clerk of Court entered default against Defendant E.C. Consolidated, LLC for its failure to appear or otherwise defend on February 24, 2021. (DEs 36–37). Plaintiff moved for default judgment nine months later on November 17, 2021 for a sum certain. (DE 48). To date, Defendant has yet to appear and cure its default or otherwise defend. Having reviewed the claims asserted in the Amended Complaint, (DE 21), and the evidence submitted in connection with Plaintiff's Motion for Default Judgment, (DE 48), the Court finds that default judgment is appropriate.

**IT IS, THEREFORE, ORDERED** that Plaintiff's Motion for Entry of a Default Judgment, (DE 48), against Defendant E.C. Consolidated, LLC in the amount of $146,536.68, plus interest at the highest legal rate from March 19, 2019, until paid in full, is **GRANTED**.

**SO ORDERED**.

Signed: January 6, 2022

Robert J. Conrad, Jr.
United States District Judge